IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal Action No. 22-00014-KD-B |
| | ) |
| MARY ELIZABETH SPILLMAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This action is before the Court on the "Motion for Reconsideration 18 U.S.C. § 3742(e) Post Sentencing Rehabilitation Programming" filed by Defendant Mary Spillman, letters in support, and exhibits (inmate records) (doc. 27). Upon consideration, and for the reasons set forth herein, the Motion is DENIED.

Spillman was indicted for the offenses of conspiracy to possess with intent to distribute heroin and fentanyl (Count One) and possession with intent to distribute fentanyl (Count Two) (doc. 1). In March 2022, Spillman pled guilty to Count One. She was sentenced to a term of imprisonment of 48 months with credit for time served since February 16, 2022 (doc. 25). Spillman now moves the Court pursuant to 18 U.S.C. § 3742(e) and United States v. Pepper, 131 S. Ct. 1229 (2011) to reconsider and reduce her sentence on grounds that she has been rehabilitated through her inmate programs.

Spillman's reliance on the statute[1] and United States v. Pepper is misplaced. In Pepper, the defendant was successful on appeal and his sentence was reversed and remanded for resentencing. The Supreme Court held that "when a defendant's sentence has been set aside on

---

[1] Title 18 U.S.C. § 3742(e), captioned "Consideration", lists the determinations that an appellate court must make when reviewing a sentence and the standard of review to apply.

appeal and his case remanded for resentencing, a district court may consider evidence of a defendant's rehabilitation since his prior sentencing and that such evidence may, in appropriate cases, support a downward variance from the advisory Guidelines range." 131 S. Ct. at 1242.

However, Spillman's sentence has not been vacated or reversed and remanded. Therefore, she is not before the Court for resentencing. Rehabilitation, standing alone, is not a legal ground for modification or reduction of a sentence. Accordingly, Spillman's motion is due to be denied.

**DONE** and **ORDERED** this the 17th day of January 2024.

                                     <u>s/ Kristi K. DuBose</u>
                                     **KRISTI K. DuBOSE**
                                     **UNITED STATES DISTRICT JUDGE**